IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>MARIA TERESA HUREL GUERRERO<br><br><br>XXX-XX-7319<br><br><br><br>Debtor(s) | CASE NO. 07-02053 ESL<br><br>Chapter 13<br><br><br><br><br>FILED & ENTERED ON 10/16/2008 |
|---|---|

### ORDER DISMISSING CASE

It appearing that debtors have failed to comply with this court's order of 08/29/2008 (see docket entry #47), it is now

ORDERED that the instant case be and it is hereby dismissed.

SO ORDERED.

San Juan, Puerto Rico, this 16 day of October, 2008.

*[signature]*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: All creditors
F/up